UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 25-MJ-63 (MAU) |
| v. | : |
| | : 18 U.S.C. § 922(g)(1) |
| JEVAUN HODGE, | : (Unlawful Possession of a Firearm and |
| | : Ammunition by a Person Convicted of a Crime |
| Defendant. | : Punishable by Imprisonment for a Term |
| | : Exceeding One Year) |
| | : |
| | : FORFEITURE: |
| | : 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 |
| | : U.S.C. § 2461(c) |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about April 9, 2025, within the District of Columbia, **JEVAUN HODGE**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court for Stafford County, Virginia in case number CR15000920-00, did unlawfully and knowingly possess a firearm, that is, a Kimber, Model Micro 9, 9 caliber semi-automatic pistol with serial number PB0347729 and 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## FORFEITURE ALLEGATION

1.      Upon conviction of any of the offenses alleged in Count One of this information, **JEVAUN HODGE** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or

indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

2. Upon conviction of any of the offenses alleged in Count One of this Information, **JEVAUN HODGE** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Kimber, Model Micro 9, 9 caliber semi-automatic pistol with serial number PB0347729 and 9mm ammunition.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

**JEVAUN HODGE** shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

Respectfully Submitted,

Jeanine Ferris Pirro
United States Attorney

By:  */s/ Caelainn Carney*
CAELAINN CARNEY
Assistant United States Attorney
N.Y. Bar No. 5751672
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-714-6433
Email: caelainn.carney@usdoj.gov